JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DONALD ROBERT VIERHELLER, | ) | Case No. EDCV 13-01087 TJH (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SYLVIA GARCIA, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: July 19, 2013

TERRY J. HATTER, JR
SENIOR DISTRICT JUDGE